RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 11/30/09

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| ALBERT PUGH, JR.<br>LA. DOC #297448<br>VS. | CIVIL ACTION NO. 09-0895<br><br>SECTION P<br><br>JUDGE DOHERTY |
| LYNN COOPER, WARDEN | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE** pursuant to the provisions of Rule 4 since it plainly appears from the face of the petition and exhibits that the petitioner is not entitled to relief.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 30 day of November, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE